**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESHON BIRDSONG, | ) Case No. CV 18-535-PA (SP) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| Defendant. | ) |
| ——————————————— | ) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: September 23, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE